UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDI ROSENBERG,

                            Plaintiff,

-against-

UNITED STATES, et al.,

                            Defendants.

22-CV-6174 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On September 20, 2021, Plaintiff was barred from filing any new civil actions in this court without first obtaining from the court leave to file. *See Roe v. Data Advantage Group, Inc.*, ECF 21-CV-1397, 7 (S.D.N.Y. Sept. 20, 2021).[1] Plaintiff files this new *pro se* civil action and seeks *in forma pauperis* (IFP) status, but he has not sought leave from the court to file. The Court therefore dismisses this action without prejudice because Plaintiff failed to comply with the September 20, 2021, order. All pending matters in this case are terminated.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   July 27, 2022
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                        Chief United States District Judge

---

[1] In *Roe*, No. 21-CV-1397 (LTS), Plaintiff proceeded under the pseudonym "John Roe."