UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDI ROSENBERG,<br><br>        Plaintiff,<br><br>   -against-<br><br>UNITED STATES, et al.,<br><br>        Defendants. | 22-CV-6174 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the July 27, 2022, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

 Dated: July 27, 2022
      New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                Chief United States District Judge